Koles, Burke & Bustillo, L.L.P.
2600 Kennedy Boulevard
Jersey City, New Jersey 07306
201/200.0300
Attorney for Luis Perez and Beatrice Perez
johnburkeesq@verizon.net

Plaintiff (s),

Luis Perez and Beatrice Perez,

Civil Action Number: **2:08-cv-00476-PGS-ES**

vs.

Defendant (s),

First National Mortgage Services,
IndyMac Bank, FSB, IndyMac Bancorp.,
John Doe No. 1-10, ABC Corp. No. 1-10,

## STIPULATION OF DISMISSAL AS TO DEFENDANT, FIRST NATIONAL MORTGAGE SERVICES, WITHOUT PREJUDICE

It is hereby stipulated and agreed that the same be and it is hereby dismissed without prejudice and without costs against **First National Mortgage Services only**. Said defendant did not file an answer or enter an appearance.

Dated: September 23, 2008

By _____
John M. Burke, Esq.
Koles, Burke & Bustillo, LLP
Attorney for the Plaintiff

10/2/08
So Ordered
Peter [signature]